

## NUMBER 13-24-00373-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

**RICKY HAWS AND VALERIE HAWS,**                               **Appellants,**

**v.**

**BERRY CONTRACTING, LP**
**D/B/A BAY LTD.,**                                         **Appellee.**

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 4
## OF NUECES COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Silva**
**Memorandum Opinion by Justice Silva**

This matter is before the Court on appellants' unopposed amended motion to withdraw appeal which we construe as a motion to dismiss.

Having considered appellants' unopposed amended motion, we are of the opinion that the amended motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore,

appellants' unopposed amended motion to withdraw appeal is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at the appellants' request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Delivered and filed on the
15th day of August, 2024.